FILED: May 24, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-456
(4:03-cr-00386-TLW-1)

In re: NORMAN TYRONE DAIS,

        Movant.

O R D E R

    Norman Tyrone Dais has filed a motion pursuant to 28 U.S.C. §§ 2244, 2255(h) (2012) for authorization to file a second or successive 28 U.S.C. § 2255 (2012) motion.  Dais has made a prima facie showing that a new rule of constitutional law announced in Johnson v. United States, 135 S. Ct. 2551 (2015), and held to apply retroactively to cases on collateral review by Welch v. United States, 136 S. Ct. 1257 (2016), may apply to his case.  We grant authorization for Dais to file a second or successive § 2255 motion, thus permitting consideration of the motion by the district court in the first instance.  The one-year limitations period of 28 U.S.C. § 2255(f)(3) for filing a § 2255 motion raising a claim relying on the Supreme Court's decision in Johnson expires on June 26, 2016.

2

    Entered at the direction of the panel: Judge Niemeyer, Judge Gregory, and Judge Diaz.

                                           For the Court

                                           /s/ Patricia S. Connor, Clerk
                                           For the Court